UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: John H. W. Gefaell              Case No.: 12-13561-BKC-EPK
Last Four Digits of SS# -9430

MONTHLY PLAN PAYMENT: Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ 812.16      for months  1   to 59  ;
B. $ 13,890.97   for month   60          ;
C. $             for months     to       ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,650.00       TOTAL PAID $ 1,900.00
               Balance Due   $ 1,750.00   payable $291.67 /month (Months 1 to 6 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Bermuda Club Homeowners Association, Inc.   Arrearage on Petition Date   $ 13,000.00
Account No: _____                             Arrears Payment   $ 53.33    /month (Months  1  to  6 )
                                                Arrears Payment   $ 234.82   /month (Months  7  to 60 )
                                                Regular Payment   $ 393.33   /month (Months  1  to 60 )

2. _____                                      PAY-OFF TOTAL $ ____ payable $ ____ /month (Months __ to __ )
Account No: _____                             [payment includes __% interest for total payments of $]

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | To |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____          Total Due  $ _____
                    Payable    $ _____ /month (Months ___ to ___).

Unsecured Creditors: Pay $ 110.18     /month (Months  7  to 59 )
                        $ 12,000.00    /month (Month   60      ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Indian River County Tax Collector, JPMorgan Chase Bank, NA(acct...2013), and HSBC(acct...6913) to be paid directly. GM Financial(acct...7772) to be satisfied directly by Tall Grass Capital Partners, LLC. American Home Mortgage Servicing(acct...9867) to be satisfied directly from sale of property and/or by debtor's son.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ signature_
Debtor
Date: 3.9.12

LF-31 (rev. 01/08/10)