## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1ˢᵗ, 2ⁿᵈ, etc. amended, if applicable)
☐ 1ˢᵗ _____ Modified Plan (Indicate 1ˢᵗ, 2ⁿᵈ, etc. amended, if applicable)

DEBTOR: John H. W. Gefaell                           Case No.: 12-13561-BKC-EPK
Last Four Digits of SS# -9430

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ 351.47 for months 1 to 7 ;
B. $ 934.82 for month 8 to 59 ;
C. $ 8,602.72 for months 60 ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 4,175.00 ($3,650.00 + $525.00 M2Mod)   TOTAL PAID $ 1,900.00
            Balance Due   $ 2,275.00   payable $119.52 /month (Months 1 to 7 )
                                        payable $143.84 /month (Months 8 to 17 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. *Bermuda Club Homeowners Association, Inc.*   *Arrearage on Petition Date*   $15,218.24
   Account No: _____             *Arrears Payment*   $ 100.00   /month (Months 1 to 7 )
                                  *Arrears Payment*   $ 273.93   /month (Months 8 to 60 )
                                  *Regular Payment*   $ 100.00   /month (Months 1 to 7 )
                                  *Regular Payment*   $ 432.07   /month (Months 8 to 60 )

2. _____                         PAY-OFF TOTAL $ _____   payable $ _____ /month (Months _____ to _____ )
   Account No: _____             [payment includes % interest for total payments of $]

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | To |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____             Total Due $ _____
                     Payable $ _____ /month (Months _____ to _____ )

Unsecured Creditors: Pay $ 143.84   /month (Months 18 to 59 )
                    $ 7,546.72   /month (Month 60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Indian River County Tax Collector, JPMorgan Chase Bank, NA(acct...2013), and HSBC(acct...6913) to be paid directly. GM Financial(acct...7772) to be satisfied directly by Tall Grass Capital Partners, LLC. American Home Mortgage Servicing(acct...9867) to be satisfied directly from sale of property and/or by debtor's son. Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15ᵗʰ during the pendency of the Chapter 13 case. In the event Debtor's income or tax refunds increase, upon request from Trustee, Debtor shall increase payments to unsecured creditors over and above payments provided through the plan up to 100% of allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor: _/s/ signature_
Date: Sep 7, 2012

LF-31 (rev. 01/08/10)